(77 South. 415)
DAVIS et al. v. FLOREY et al. (7 Div. 920.)
(Supreme Court of Alabama. Dec. 20, 1917.)

Certiorari to Court of Appeals.
Petition by B. S. Davis and another for certiorari to review a judgment of the Court of Appeals (77 South. 413) affirming a judgment against petitioners in favor of E. E. Florey and others. Writ denied.

Allen & Fisk, of Birmingham, for appellants. Riddle & Ellis, of Columbiana, for appellees.

THOMAS, J. Petition of B. S. Davis and another for certiorari to the Court of Appeals to review and revise the judgment and decision of said court affirming the case of B. S. Davis et al. v. E. E. Florey et al., 77 South. 413, on appeal from the St. Clair circuit court. Writ denied.

═══════

(77 South. 418)
SEABOARD AIR LINE RY. CO. v. EMFINGER. (3 Div. 337.)
(Supreme Court of Alabama. Dec. 20, 1917.)

Certiorari to Court of Appeals.
Action by J. W. Emfinger against the Seaboard Air Line Railway Company. A judgment for plaintiff was affirmed by the Court of Appeals (77 South. 415), and defendant petitions for certiorari. Writ denied.

Steiner, Crum & Weil, of Montgomery, for appellant. Hill, Hill, Whiting & Stern, of Montgomery, for appellee.

THOMAS, J. Petition by the Seaboard Air Line Railway Company for certiorari to the Court of Appeals to review and revise the judgment of said court affirming the case of S. A. L. Ry. Co. v. Emfinger, 77 South. 415, on appeal from the Montgomery circuit court. Writ denied.

ANDERSON, C. J., and MAYFIELD and SOMERVILLE, JJ., concur.